1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant JESUS RUIZ-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00365 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SUPERVISED |
| | ) | RELEASE VIOLATION STATUS |
| | ) | DATE |
| JESUS RUIZ-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release violation status date, currently set for Friday, February 18, 2011 at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, February 25, 2011, at 9:00 a.m. for status. Should the Court continue the status date to February 25, 2011, Mr. Ruiz-Moreno's prior assistant federal public defender, Jerome Matthews, will be available to meet with him and be present in Court. In addition, United States probation officer Jenna Russo has no objection to the continuance and will be available as well, should the Court continue the matter to February 25, 2011.

1  DATED: 2/18/11                    /s/
                                     JOYCE LEAVITT
2                                    Assistant Federal Public Defender

3

4

5  DATED: 2/18/11                    /s/
                                     STEPHEN CORRIGAN
6                                    Assistant United States Attorney

7

8     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

9

10

11                                  **ORDER**

12    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release

13 violation status date, currently set for Friday, February 18, 2011 at 9:00 a.m. before Honorable D.

14 Lowell Jensen, is continued one week to to Friday, February 25, 2011 at 9:00 a.m. for status.

15    SO ORDERED.

16

17

18 DATED: February 18, 2011          _____
                                     HONORABLE D. LOWELL JENSEN
19                                   United States District Judge

20

21

22

23

24

25

26